UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND DOWNING AND STUDIO MACBETH
INC.,

                              12 Civ. 7816 (JGK)

              Plaintiffs,

                              ORDER

    - against -

LEFT RIGHT INC. AND A AND E
TELEVISION NETWORKS LLC,

              Defendants.

JOHN G. KOELTL, District Judge:

        The plaintiffs shall file an amended complaint by **December
19, 2012**.  The defendants' time to move or answer is extended to
**January 30, 2013**.  If the defendants intend to file a motion to
dismiss, the defendants should ask for a pre-motion conference
by **January 11, 2013**.  If the plaintiffs intend to move for
partial summary judgment, the plaintiffs should ask for a pre-
motion conference by **January 11, 2013**.

SO ORDERED.

Dated:    New York, New York
          December 10, 2012

                              John G. Koeltl
                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12/11/12__