From: James Freeman    Fax: (212) 931-8535    To: Hon John G. Koeltl    Fax: 212 (212) 805-7912  2/19/2013  Page 2 of 2  2/19/2013 9:13

Case 1:12-cv-07816-JGK   Document 36   Filed 02/22/13   Page 1 of 1



# JAMES H. FREEMAN
## ATTORNEY-AT-LAW

1515 BROADWAY : 11TH FLOOR
NEW YORK : NEW YORK 10036
(212) 931-8535 : OFFICE
(212) 496-5870 : FAX

February 19, 2013

**BY FAX**

Hon. John G. Koeltl
United States District Judge
Courtroom 12B
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/22/13



RECEIVED
FEB 19 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re: *Downing vs. Left Right, Inc., et. al, Case No. 12 Civ. 7816 (JGK)*

Dear Your Honor:

Due to a fundamental disagreement concerning the objectives of representation and ensuing breakdown in attorney-client communications, I was discharged from my engagement to advocate on behalf of the Plaintiffs Ray Downing and Studio Macbeth, Inc. in the above-referenced action, effective as of Friday, February 15, 2013.

Accordingly, I am writing to respectfully request that the action be stayed in its entirety for a reasonable time within the Honorable Court's discretion so as to permit the Plaintiffs ample opportunity to retain substitute counsel. Consistent with the parties' good faith Stipulation, dated February 15, 2013, extending the time to file a Second Amended Complaint, I would also like to renew my request to extend such time as deemed appropriate upon the Court's prospective entry of any revised Scheduling Order.

Pursuant to Local Rule 1.4, I shall file via ECF a Motion to Withdraw as Counsel and Proposed Order within the next three (3) calendar days, or as otherwise instructed by the Honorable Court, to have my name stricken from the record. A copy of this letter has been transmitted to my former clients, to opposing counsel and to Plaintiffs' attorney in Los Angeles.

It was a true privilege to appear before Your Honor and vis-à-vis Mr. Penchina in this action.

Respectfully submitted,

*/s/ James H. Freeman*

James H. Freeman, Esq.

c.c.   Ray Downing c/o Studio Macbeth, Inc.
       Robert Penchina, Esq.
       Michael Trauben, Esq.

www.JHFREEMANLAW.com

*Handwritten note:* A TELEPHONE CONFERENCE WILL BE HELD ON WEDNESDAY, MARCH 6, 2013 AT 2:30PM. COUNSEL FOR THE PLAINTIFF WILL INITIATE THE CONFERENCE CALL BY CONTACTING ALL PARTIES AND THEN CONTACTING THE COURT AT (212) 805-0222.

SO ORDERED.
2/21/13  /s/ John G. Koeltl
         U S D J