UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND DOWNING AND STUDIO MACBETH INC.,

     Plaintiffs,

- against -

LEFT RIGHT INC. AND A AND E TELEVISION NETWORKS LLC,

     Defendants.

---

12 Civ. 7816 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/7/13

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the motion for Mr. Freeman to withdraw as counsel for the plaintiffs is granted without opposition and on consent of the plaintiffs. The case is stayed until **April 19, 2013**, to allow the plaintiffs time to engage new counsel in New York. The plaintiffs shall continue to be represented by Mr. Trauben. The time for the plaintiffs to file their second amended complaint is extended to **May 3, 2013**. No further amended complaints shall be allowed after the second amended complaint. The time for the defendants to move or answer is extended to **May 31, 2013**. If the defendants want to file a motion to dismiss the second amended complaint, no pre-motion conference is necessary. The parties should submit a schedule for briefing the motion to dismiss when the motion is filed.

SO ORDERED.

Dated: New York, New York
    March 6, 2013

             _/s/ John G. Koeltl_
             John G. Koeltl
           United States District Judge